■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. AHMAD A. MUNTAQIM, Appellant, v JAMES L. BERBARY, as Superintendent of Collins Correctional Facility, Respondent. [846 NYS2d 62]— Appeal from a judgment (denominated order) of the Supreme Court, Erie County (Michael L. D'Amico, A.J.), entered May 8, 2006 in a proceeding pursuant to CPLR article 70. The judgment denied the petition for a writ of habeas corpus.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Gorski, Lunn, Peradotto and Green, JJ.